# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Kaiher Technology Co., Limited    Case Number: 1:25-cv-05846

v. SCAN2CAD INC.

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Kaiher Technology Co., Limited

Attorney name (type or print):   Hongchang DENG

Firm:   SHM LAW FIRM

Street address:   25F, China Resources Tower, 2666 Keyuan South Rd, Nanshan

City/State/Zip:   Shenzhen 518052, CHINA

Bar ID Number: 354529    Telephone Number:   (267)888-8281
(See item 3 in instructions)

Email Address: deng.hongchang@shm.law

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 27, 2025

Attorney signature:   S/ Hongchang DENG
(Use electronic signature if the appearance form is filed electronically.)