# Exhibit 5



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
SCAN2CAD INC.

**Filing Information**

**Document Number** P24000059950
**FEI/EIN Number** APPLIED FOR
**Date Filed** 09/19/2024
**State** FL
**Status** ACTIVE

**Principal Address**

7901 4TH ST N STE 300
ST PETERSBURG, FL 33702

**Mailing Address**

7901 4TH ST N STE 300
ST PETERSBURG, FL 33702

**Registered Agent Name & Address**

TAN, YINGWEI
7901 4TH ST N STE 300
ST PETERSBURG, FL 33702

**Officer/Director Detail**

**Name & Address**

Title CEO

TAN, YINGWEI
7901 4TH ST N STE 300
ST PETERSBURG, FL 33702

Title CFO

TAN, YINGWEI
7901 4TH ST N STE 300
ST PETERSBURG, FL 33702

Title SECR

TAN, YINGWEI
7901 4TH ST N STE 300
ST PETERSBURG, FL 33702

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |

| | |
|---|---|
| 2025 | 05/14/2025 |

**Document Images**

| | |
|---|---|
| 05/14/2025 -- ANNUAL REPORT | View image in PDF format |
| 09/19/2024 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations