Exhibit 3

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:25-cv-05846**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **SCAN2CAD INC.**
was recieved by me on **5/30/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒    I returned the summons unexecuted because **Unknown** after attempting service at **7901 4th Street North, Suite 300 St. Petersburg, FL 33702**; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 92.70** for services, for a total of **$ 92.70**.

I declare under penalty of perjury that this information is true.

Date:  06/02/2025

_____
*Server's signature*

**Joseph Daly**
*Printed name and title*

**33090 Rosewood Bark Way**
**Wesley Chapel, FL 33545**

_____
*Server's address*

Additional information regarding attempted service, etc:

**5/30/2025 11:45 AM: I spoke with an individual who identified themselves as the person authorized to accept and they stated subject, SCAN2CAD INC., is unknown to them.**




Tracking #: **0171903868**