Exhibit 4 - 1





