# Exhibit 5

**Bibliographic Data**

Application No: 29/952,144

Foreign Priority claimed:  ○ Yes  ● No

35 USC 119 (a-d) conditions met:  ☐ Yes  ☐ No       ☐ Met After Allowance

Verified and Acknowledged:  /LEAH ELIZABETH MAY/        _____
                            Examiner's Signature         Initials

Title:  CONNECTOR

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/14/2024 RULE | D13 | 2917 | 67301-H001DS02 |

**APPLICANTS**
SCANJICAO INC., Shanghai, CHINA

**INVENTORS**
Hechuan XU, Shanghai, CHINA

**CONTINUING DATA**
This application is a CIP of 29/948,727 06/22/2024 PAT D1053826
29/948,727 is a CON of 29/928,726 01/01/2024 PAT D1035585

**FOREIGN APPLICATIONS**
~~CHINA 202330707042 11/23/2023~~      L.E.M. 11//26/2024

**IF REQUIRED, FOREIGN LICENSE GRANTED**
07/16/2024

** SMALL ENTITY **

**STATE OR COUNTRY**
CHINA

**ADDRESS**
Porus IP LLC
8407 Central Ave, Suite 2077
Suite 2077
Newark, CA 94560
UNITED STATES

**FILING FEE RECEIVED**
$1048