# Exhibit 7

## Request for Immediate Withdrawal of Amazon Complaint No. 17735329741 Concerning ASIN B0DD32WPRH

| | |
|---|---|
| 发件人 | Hongchang DENG |
| 收件人 | 595507929 |
| 抄送人 | 易伊律师 |
| 时间 | 2025年05月24日 周六 01:12 |

Dear SCAN2CAD INC.,

We represent Kaiher-US (our "Client") in connection with your Amazon Design Patent Complaint No. 17735329741 concerning the product sold under ASIN B0DD32WPRH, titled:

*"Hugener 3 in 1 Starlink Mini Cable 10FT/3M, High-Speed USB C/Car Charger/DC to DC Replacement Cable for Starlink Mini Power, Waterproof Extension Power Cable Accessories."*

We were informed that your complaint, based on U.S. Design Patent No. D1063856, has resulted in the removal of our Client's product listing from Amazon.

After conducting a detailed investigation, we conclude that our Client's product does not infringe the D1063856 design patent. Furthermore, we have identified substantial prior art that clearly predates both the priority date of D1063856 and those of its continuation-in-part parent applications (D1053826 and D1035585). In particular, the SpaceX Starlink Gen 3 product line—visually indistinguishable from the claimed design—was publicly disclosed and widely distributed at least as early as August 2023, several months before the earliest priority date of your patent family.

The D856 patent and its related CIP applications appear to lack novelty and originality, and we have strong reason to believe they are invalid under 35 U.S.C. §§ 102 and 103. Moreover, our Client's product exhibits substantial design differences, and even if the patents were valid, the product would not infringe under the ordinary observer test.

Accordingly, we formally and urgently request that you:
1. Immediately withdraw Amazon Complaint No. 17735329741; and
2. Provide written confirmation that you will not file further complaints against Kaiher-US based on the D1063856 patent family.

Our Client has suffered substantial harm due to the improper takedown and continues to incur losses. If we do not receive your confirmation and withdrawal **by May 26, 2025**, we reserve the right to pursue legal action to challenge the validity of the asserted patent(s), seek compensatory damages, and obtain reinstatement of our Client's listing through all available legal and procedural channels.

We urge you to give this matter your prompt attention and respond within the requested timeline.

_____

Hongchang DENG (Richard DENG)
He/Him/His
Partner | SHM Law Firm
Admitted in California (U.S.) & China | Patent Practitioner (CN)
📞 +86 186 8156 7690 | ✉ deng.hongchang@shm.law

**Shenzhen Office**
25F, China Resources Tower (Spring Bamboo)
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China

———————

**Silicon Valley Office**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, California 94306

———————

**CONFIDENTIALITY & PRIVILEGE NOTICE** *This email (including any attachments) may contain confidential, proprietary, or legally privileged information intended solely for the named recipient(s). If you are not the intended recipient, you are not authorized to read, print, retain, copy, or distribute this message or any part of it. If you have received this communication in error, please notify the sender immediately by replying to this email and then permanently delete it from your system.*