# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SURVIVAL GEARS DEPOT and THE OPERATOR OF SURVIVALGEARSDEPOT.COM,<br><br>        Defendants. | Case No. 22-cv-02821<br><br>**Judge Edmond E. Chang**<br><br>**Magistrate Judge Jeffrey Cummings** |

### ORDER AUTHORIZING ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(e) AND 735 ILCS 5/2-203.1

This Court having heard the evidence before it hereby GRANTS Plaintiff Oakley, Inc.'s ("Oakley" or "Plaintiff") Motion for entry of an Order authorizing service of process by email pursuant to Fed. R. Civ. P. 4(e) and 735 ILCS 5/2-203.1. Accordingly, this Court orders that:

1. Notice of these proceedings and service of process pursuant to Fed. R. Civ. P. 4(e) and 735 ILCS 5/2-203.1 shall be deemed effective as to the Defendants named in the Complaint by e-mail delivery to support@survivalgearsdepot.com.

2. Providing notice via e-mail delivery shall constitute notice reasonably calculated under all circumstances to apprise the Defendants of the pendency of the action and afford the Defendants the opportunity to present their objections.

Dated this 20th day of July 2022.

                                                                    _____
                                                                    Edmond E. Chang
                                                                    United States District Judge