# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: KAIHERTECHNOLOGYCO., LIMITED d/b/a Kaiher-US, Plaintiff

Case Number: 1:25-cv-05846

An appearance is hereby filed by the undersigned as attorney for:

SCAN2CAD INC.

Attorney name (type or print): Lance Y. Liu Esq.

Firm:

Street address: 15 Minuteman Circle

City/State/Zip: Southbury, CT 06388

Bar ID Number: 3002946
(See item 3 in instructions)

Telephone Number: (203)706-9536

Email Address: lanceliu2006@gmail.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you a member of the court's general bar? ✔ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

Are you appearing *pro hac vice*? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 20, 2025

Attorney signature: S/ Lance Y. Liu
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023