# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kaiher Technology Co., Limited

                                   Plaintiff,

v.                                                   Case No.: 1:25−cv−05846
                                                           Honorable Mary M. Rowland

SCAN2CAD INC.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for temporary restraining order [9] is granted. Plaintiff is directed to send a proposed order to proposed_order_rowland@ilnd.uscourts.gov. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.