IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KAIHER TECHNOLOGY CO., LIMITED d/b/a Kaiher-US, | ) ) ) |
| Plaintiff, | ) Civil Action No. 1:25-cv-05846 ) |
| v. | ) Judge: Hon. Mary M. Rowland ) |
| SCAN2CAD INC, | ) Magistrate: Hon. Heather K. McShain ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO STAY THE TEMPORARY RESTRAINING ORDER**

Defendant SCAN2CAD INC ("Defendant"), hereby moves this Court to stay the execution of the Temporary Restraining Order ("TRO" Dkt. #16) until Defendant's concurrently filed Motion to Dismiss the Complaint (Dkt. #17) for lack of personal jurisdiction under Rule 12(b)(2) and for improper venue under Rule 12(b)(3) is considered.

Defendant presented strong evidence to show that it has no minimum contact with the State of Illinois for personal jurisdiction and also does not satisfy the requirements of 28 U.S.C. § 1400(b) for a "regular and established place of business" in the State of Illinois. Therefore, the TRO should be stayed pending a decision of Defendant's Motion to Dismiss.

Respectfully submitted,

Dated: June 20, 2025

/s/ Lance Liu
Lance Liu, Esq.
NY Bar No. 3002946
15 Minuteman Circle
Southbury, CT 06488
Lanceliu2000@Gmail.com
(203)706-9536
**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, a copy of the foregoing document was filed electronically through the Court's CM/ECF NextGen system with notice of filing automatically sent electronically to counsel of record.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 20, 2025 | */s/ Lance Liu* <br> Lance Liu, Esq. <br> NY Bar No. 3002946 <br> 15 Minuteman Circle <br> Southbury, CT 06488 <br> Lanceliu2000@Gmail.com <br> (203)706-9536 <br> **ATTORNEY FOR DEFENDANT SCAN2CAD INC.** |